UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAREN ROWELL, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | Case No. 2:13-cv-02514-CM-JPO |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2014, Defendant NCO Financial Services, Inc.'s Combined First Set of Interrogatories, Requests for Production of Documents and Requests for Admissions to Plaintiff, Karen Rowell, were sent via e-mail and by U.S. mail to:

Anthony E. LaCroix
LaCroix Law Firm, LLC
4235 Baltimore Avenue
Kansas City, MO  64111
Email:  tony@lacroixlawkc.com

Respectfully Submitted,

 /s/ Paul Croker
Paul M. Croker KS #21627
Wallace, Saunders, Austin, Brown & Enochs, Chartered
10111 W. 87th Street
Overland Park, KS  66212
Telephone: (913) 752-5567
Facsimile: (913) 888-1065

1

/s/ Michael D. Slodov
Michael D. Slodov, Ohio SCR#0051678
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
15 E. Summit St.
Chagrin Falls, Ohio 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz

Attorney for Defendant,
NCO Financial Systems, Inc.

### **CERTIFICATE OF SERVICE**

I certify that on this 31st day of January, 2014, a copy of the foregoing Certificate of Service was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Anthony E. LaCroix
LaCroix Law Firm, LLC
4235 Baltimore Avenue
Kansas City, MO 64111
Email: tony@lacroixlawkc.com

　/s/ Paul Croker_____
Paul M. Croker

2

101325809 v.1